Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Paul E. Plunkett | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 6425 | **DATE** | 8/7/2000 |
| **CASE TITLE** | Commodity Futures Trading Commission vs. Nicholas J. Nickolaou | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Attorney Craig C. Martin of the law firm of Jenner & Block, One IBM Plaza, Chicago, Illinois 60613; (312) 923-2776, is appointed to represent defendant Nicholas J. Nickolaou in the above-entitled case. Defendant Nickolaou to get in contact with appointed counsel immediately. This court appoints counsel with the understanding that in the event further proceedings reveal that defendant has significant assets, defendant will be required to pay appropriate legal fees to appointed counsel. Defendant Nickolaou is ordered not to communicate with this court further by letter. Status hearing and ruling on Report and Recommendation set for 9/7/00 at 9:15a.m.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | AUG 11 2000 date docketed |
| | Notified counsel by telephone. | |
| ✓ | Docketing to mail notices. | ED-7 FILED FOR DOCKETING |
| | Mail AO 450 form. | 00 AUG 10 PM 3: 14 docketing deputy initials |
| | Copy to judge/magistrate judge. | AUG 11 2000 date mailed notice |
| TBK | courtroom deputy's initials | Date/time received in central Clerk's Office   mailing deputy initials |

Document Number 70